# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **OFFIE LYDELL McGEE** | **CIVIL ACTION NO. 5:18-cv-00807** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WILLIAM DWIGHT McGEE, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

Monroe, Louisiana, this 6th day of July, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**